**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Bruce Timothy JONES, Defendant–Appellant.**

**No. 06–10725.**

United States Court of Appeals,
Eleventh Circuit.

March 12, 2007.

Elliot Blake Durham, Savannah, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before DUBINA and COX, Circuit Judges, and SCHLESINGER,* District Judge.

PER CURIAM:

A jury found appellant Bruce Timothy Jones ("Jones") guilty of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). Jones then perfected this appeal.

Jones presents the following issues for appellate review:

1. Whether the district court erred in denying Jones's motion to suppress evidence on his claims that the warrant was issued after the search and lacked probable cause.

2. Whether the district court erred in denying Jones's motion to suppress statements he made to police officers.

3. Whether the district court erred in refusing to compel disclosure of the identity of a confidential informant.

4. Whether the district court improperly sentenced Jones by

(a) using allegedly invalid prior convictions to calculate his base offense level and criminal history category,

(b) using facts not pled or proven to the jury to enhance his base offense level and calculate his criminal history category, in violation of *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and

(c) using his prior convictions to enhance his sentence, in violation of the Double Jeopardy Clause.

5. Whether the indictment should have been dismissed for pre-indictment delay under the Speedy Trial Act, 18 U.S.C. § 3161.

After reviewing the record and reading the parties' briefs, we conclude there is no merit to any of Jones's arguments. Accordingly, we affirm his conviction and sentence.

**AFFIRMED.**

---

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.